IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-50469
Conference Calendar
_____

KURT CHARLES GARRISON,

                    Plaintiff - Counter-Defendant - Appellant,

versus

CITY OF GREY FOREST; DAVID W. RODGERS, Judge, Individually,
and in his Official Capacity as a Municipal Court Judge;
ROBERT S. TAYLOR, Police Officer, Individually, and in his
Official Capacity as a Police Officer for the City of Grey
Forest,

                    Defendants - Counter-Plaintiffs -Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-97-CV-1272
- - - - - - - - - -

February 10, 1999

Before BARKSDALE and EMILIO M. GARZA, Circuit Judges.[*]

PER CURIAM:[**]

    Kurt Charles Garrison appeals the district court's dismissal

of his <u>pro</u> <u>se</u> civil rights complaint for failure to state a claim

pursuant to Fed. R. Civ. P. 12(b)(6).  Garrison argued that

Defendant Taylor unlawfully stopped him to issue a speeding

_____

[*]This matter is being decided by a quorum.  28 U.S.C. §
46(d).

[**]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

ticket, that the City of Grey Forest authorized such stops, and that Defendant Rodgers violated his right to due process in connection with the municipal court proceedings of his case.

Garrison challenges a number of procedural rulings by the district court and argues that the dismissal of his complaint was in error.  We have reviewed the record and the briefs of the parties and find no reversible error.  Accordingly, we AFFIRM for the reasons stated by the district court.  See Garrison v. City of Grey Forest, et al., No. SA-97-CA-1272 (W.D. Tex., April 16, 1998).  Garrison's motion for leave to file his reply brief is DENIED.  His motion for a jury trial also is DENIED.

AFFIRMED; MOTIONS DENIED.